

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-19-00440-CV

## IN THE MATTER OF THE MARRIAGE OF
## LEONARD EUGENE WOODS, JR. AND TERESA L. WOODS

---

### From the County Court at Law
### Walker County, Texas
### Trial Court No. D1917423

---

## MEMORANDUM  OPINION

---

By previous Order, the Court directed Appellant to notify the Court whether this appeal should be retained on the Court's docket. Appellant was warned that failure to timely reply would result in dismissal of this appeal in accordance with Rule 42.3(c) of the Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c). Appellant has not replied to the Court's Order. Accordingly, this appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Appeal dismissed
Opinion delivered and filed March 18, 2020
[CV06]

